1

2

3

4

5

6

7     UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
8

9  JAMES HVIZDALEK,                    )   Case No. C17-1142-JPD
                                       )
10            Plaintiff,               )   ORDER GRANTING STIPULATED
                                       )   MOTION FOR EAJA FEES AND
11        v.                           )   EXPENSES
                                       )
12  NANCY A. BERRYHILL, Acting         )
    Commissioner of Social Security,   )
13                                     )
              Defendant.               )
14                                     )
                                       )
15  _____ )

16        This matter comes before the Court on the parties' stipulated motion for attorney's fees

17  under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Dkt. 17.  Based on the

18  parties' stipulated motion, the Court ORDERS that the stipulated motion (Dkt. 17) is

19  GRANTED, and that EAJA attorney's fees of $2,639.72 and expenses in the amount of $3.00,

20  shall be awarded to plaintiff.  Subject to any offset allowed under the Treasury Offset Program,

21  the EAJA attorney fees will be paid directly to the order of: Janet Leanne Martinez.  Whether or

22  not the EAJA fees and expenses are subject to any offset, payment of this award shall be made

23

24

ORDER
PAGE - 1

via check sent to Attorney Janet Leanne Martinez's address:  Douglas Drachler McKee & Gilbrough, 1904 3rd Ave Suite 1030 Seattle, WA 98101.

DATED this 5th day of January, 2018.

JAMES P. DONOHUE
Chief United States Magistrate Judge